UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>MARGARET REMEDIOS; ROBERT HOGUE as trustee of the Sicnarf Trust; STATE OF CALIFORNIA FRANCHISE TAX BOARD; and BANK OF AMERICA NATIONAL TRUST AND SAVINGS ASSOCIATION,<br><br>                Defendants. | 2:07-cv-466-GEB-DAD<br><br><u>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE; FEDERAL RULE OF CIVIL PROCEDURE 4(m) NOTICE</u> |

        Since Plaintiff's status report filed May 23, 2007 reveals that not all Defendants have been served, the Status (Pretrial Scheduling) Conference currently scheduled for June 4, 2007, is continued to August 13, 2007, at 9:00 a.m.[1]  A joint status report shall be filed no later than fourteen days prior to the scheduling

---

[1] Plaintiff and its counsel failed to comply with the Status Report filing deadline stated in the Order Setting Status (Pretrial Scheduling) Conference filed March 9, 2007.  Sanctions for such a failure could be imposed in the future.

1

1 conference.[2]

2      Further, notice is hereby given under Federal Rule of Civil
3 Procedure 4(m) that any unserved Defendants could be dismissed if
4 Plaintiff fails to show good cause for not having served those
5 Defendants "within 120 days after the filing of the complaint."  Fed.
6 R. Civ. P. 4(m).

7      IT IS SO ORDERED.

8 Dated:  May 24, 2007

                                 _____
                                 GARLAND E. BURRELL, JR.
                                 United States District Judge

---

[2] The failure of one or more of the parties to participate in the preparation of the joint status report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order.  In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.