| | |
|---|---|
| 1 | McGREGOR W. SCOTT |
| | United States Attorney |
| 2 | |
| | PAUL S. HAM |
| 3 | Trial Attorney, Tax Division |
| | United States Department of Justice |
| 4 | P.O. Box 683, Ben Franklin Station |
| | Washington, DC  20044-0683 |
| 5 | Telephone: (202) 307-6421 |
| | Facsimile: (202) 307-0054 |
| 6 | |
| | Attorneys for the United States of America |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | Civil No. 2:07-cv-00466-GEB-DAD |
| v. | **STIPULATION BETWEEN THE UNITED STATES AND BANK OF AMERICA, and ORDER** |
| MARGARET REMEDIOS; ROBERT HOGUE (or his successor trustee), as trustee of the Sicnarf Trust; STATE OF CALIFORNIA FRANCHISE TAX BOARD; and BANK OF AMERICA NATIONAL TRUST AND SAVINGS ASSOCIATION, | |
| Defendants. | |

Plaintiff United States of America and defendant Bank of America (fka Bank of America National Trust and Savings Association), through their respective attorneys, stipulate as follows:

1. Defendant Bank of America is the current beneficiary under a Deed of Trust recorded on March 30, 1983 with the County Recorder's Office for Shasta County, California, Instrument No. 9013. This Deed of Trust encumbers real property located at 4685 Saratoga Drive, Redding, CA 96002, which is particularly described as follows ("subject property"):

> Lot 11, as shown on the map of Western Homes Subdivision, Unit No. 2, recorded July 11, 1973 in Book 14 of Maps at page 38.

2584729.1

1. Francis and Margaret Remedios are the trustors or mortgagees under this Deed of Trust.

2. In this action, the United States seeks to reduce to judgment the assessment made against Margaret Remedios for her unpaid federal income tax liabilities, plus penalties and interest, for 1998, 2000, 2001, and 2003 and to enforce its tax liens against the subject property.

3. The United States and Bank of America agree that Bank of America's Deed of Trust, as described in paragraph 1 above, is senior to the United States' tax liens, as described in paragraph 2 above, and further agree that should the subject property be sold pursuant to any order of this Court, that the proceeds shall be distributed to satisfy Bank of America's Deed of Trust before any amounts are distributed to the United States in satisfaction of its tax liens.

4. The United States and Bank of America further agree to bear their own costs and attorney's fees in this matter. Bank of America reserves its right, if any, to seek remuneration for its attorney's fees and costs from the trustors under the Deed of Trust. Defendant Bank of America is dismissed and need not further plead in this action.

Dated this 3rd day of July, 2007.

MCGREGOR W. SCOTT
United States Attorney

 /s/ - Paul Ham
PAUL HAM
Trial Attorney, Tax Division
Civil Trial Section, Western Region
U.S. Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6421
Facsimile: (202) 307-0054

Attorneys for the United States

Dated this 2nd day of July, 2007.

 /s/ - Linda Patterson
LINDA PATTERSON
Pite Duncan LLP
525 East Main Street
El Cajon, CA 92020
Telephone: 619-590-1300 ext. 2077
Facsimile: (619) 590-1385

Attorney for Bank of America

**IT IS SO ORDERED.**

Dated: July 3, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

STIPULATION 2 2584729.1