IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARGARET REMEDIOS; ROBERT HOGUE ) <br> as trustee of the Sicnarf Trust; ) <br> STATE OF CALIFORNIA FRANCHISE TAX ) <br> BOARD; ) <br> ) <br> Defendants. ) <br> _____ ) | 2:07-cv-466-GEB-DAD <br> <br> <u>ORDER CONTINUING</u> <br> <u>STATUS (PRETRIAL</u> <br> <u>SCHEDULING) CONFERENCE</u> |

Since the Trustee of the Sicnarf Trust has not yet appeared in this action, the status (pretrial scheduling) conference scheduled for August 13, 2007, is reset to commence at 9:00 a.m. on October 1, 2007. A further joint status report shall be filed no later than fourteen days prior to the status conference.[1]

IT IS SO ORDERED.

Dated: August 7, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order. In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

1