1  McGREGOR W. SCOTT
   United States Attorney

2  PAUL S. HAM
3  Trial Attorney, Tax Division
   United States Department of Justice
4  P.O. Box 683, Ben Franklin Station
   Washington, DC 20044-0683
5  Telephone: (202) 307-6421
   Facsimile: (202) 307-0054

6  Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MARGARET REMEDIOS; ROBERT HOGUE (or his successor trustee), as trustee of the Sicnarf Trust; STATE OF CALIFORNIA FRANCHISE TAX BOARD; and BANK OF AMERICA NATIONAL TRUST AND SAVINGS ASSOCIATION,<br><br>　　　　　Defendants. | Civil No. 2:07-cv-00466-GEB-DAD<br><br>**STIPULATION BETWEEN THE UNITED STATES AND STATE OF CALIFORNIA FRANCHISE TAX BOARD, and [Proposed] ORDER** |

　　　Plaintiff United States of America and defendant State of California Franchise Tax Board ("FTB"), through their respective attorneys, hereby agree and stipulate as follows:

　　　1.　　The United States has made assessments against defendant Margaret Remedios for her outstanding federal income (Form 1040) tax liabilities, plus penalties and interest, for 1998, 2000, 2001, and 2003. The FTB has made assessments against Margaret Remedios for her outstanding state income tax liabilities, plus penalties and interest, for 1996, 1997, and 1998.

　　　2.　　The United States' and FTB's tax liens, both arising from the assessments described in paragraph 1, above, attach to parcels of real property which are particularly described as follows ("subject property"):

STIPULATION　　　　　　　　　　　　　　　　　　　　-1-

Lot 11, as shown on the map of Western Homes Subdivision, Unit No. 2, recorded July 11, 1973 in Book 14 of Maps at page 38.

3. The United States and the FTB agree that their relative priorities with respect to their tax liens for the tax periods at issue, which are determined by assessment dates, attach to the subject property as follows:

| **Lien Holder** | **Tax Year** |
|---|---|
| United States | 1998 |
| FTB | 1996, 1997, & 1998 |
| United States | 2000, 2001, & 2003 |

4. Therefore, the United States and the FTB agree that the proceeds generated from any judicial or voluntary sale of the subject property as related to this action shall be distributed between the United States and the FTB in the relative order of priority of their tax liens as described in paragraph 3, above.

5. The United States and the FTB are to bear their respective costs, including any possible attorney's fees or other expenses of this litigation. The FTB is hereby dismissed from this action.

Dated this 10th day of September, 2007.　　　　Dated this 28th day of August, 2007.

McGREGOR W. SCOTT　　　　　　　　　　　　EDMUND G. BROWN, JR.
United States Attorney　　　　　　　　　　　　Attorney General of the State of California

 /s/ - Paul Ham　　　　　　　　　　　　　　　 /s/ - Steven Green
PAUL S. HAM　　　　　　　　　　　　　　　　STEVEN GREEN
Trial Attorney, Tax Division　　　　　　　　　Deputy Attorney General
U.S. Department of Justice　　　　　　　　　　1300 I Street
Post Office Box 683, Ben Franklin Station　　Sacramento, California 95814
Washington, D.C. 20044　　　　　　　　　　　Telephone: (916) 324-5157
Telephone: (202) 307-6421　　　　　　　　　　Facsimile: (916) 327-2247
Facsimile: (202) 307-0054　　　　　　　　　　(Attorneys for the State of California,
(Attorneys for the United States)　　　　　　　Franchise Tax Board)

**IT IS SO ORDERED.**

Dated: September 11, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

STIPULATION　　　　　　　　　　　　　　　　　　　-2-