McGREGOR W. SCOTT
United States Attorney

KARI D. LARSON
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, DC 20044-0683
Telephone: (202) 307-6572
Facsimile: (202) 307-0054

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Civil No. 2:07-cv-00466-GEB-DAD |
| v. | |
| MARGARET REMEDIOS and ROBERT HOGUE (or his successor trustee), as trustee of the Sicnarf Trust, | [Proposed] ORDER OF JUDGMENT |
| Defendants. | |

It is hereby ORDERED that final judgment is entered in favor of the United States of America and against Defendant Margaret Remedios in the amount of $240,361.52, as of May 16, 2008, for tax years 1998, 2000, 2001 and 2003, plus statutory interest and other statutory additions as provided by law, which continue to accrue until paid in full, pursuant to 26 U.S.C. §§ 6601, 6621 and 6622 and 28 U.S.C. § 1961(c).

It is further ORDERED that the United States' has valid tax liens on the property subject of this action and to satisfy the final judgment against Margaret Remedios, the federal tax liens can be foreclosed.

[PROPOSED] ORDER
FOR JUDGMENT                                -1-

**IT IS SO ORDERED.**

Dated: May 21, 2008

GARLAND E. BURRELL, JR.
United States District Judge

[PROPOSED] ORDER
FOR JUDGMENT                              -2-